COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellant,

v.

Ollie D. ROGERS, Executor, etc., et al., Appellees.

Court of Appeals of Kentucky.

Nov. 23, 1973.

Carl T. Miller, Jr., Dept. of Highways, Frankfort, E. V. Holder, Jr., Vanceburg, Lewis D. Jones, Flemingsburg, for appellant.

Ora F. Duval, Counts & Duval, Olive Hill, H. David Hermansdorfer, Diederich, Hermansdorfer & Wilson, Ashland, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

Mark D. BARTEE, Appellant,

v.

Malcolm E. PRITCHETT, Jailer, Christian County, Appellee.

Court of Appeals of Kentucky.

Nov. 23, 1973.

Tom Osborne, Keith, Scent, Kirkham & Walton, Hopkinsville, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

Thomas Lee HAYES, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 23, 1973.

John Tim McCall, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

ISLAND CREEK COAL COMPANY

v.

Billie BELLAMY et al.

Court of Appeals of Kentucky.

Nov. 23, 1973.

Fred G. Francis, Francis & Kazee, Prestonsburg, for appellant.

George Chad Perry, III, Paintsville, Bob Hawkins, Frankfort, for Special Fund, for appellees.

Memorandum Opinion of the Court by Justice REED, Affirming.*

* Opinion ordered not to be published.